UNITED STATES of America,
Plaintiff–Appellee,

v.

Alejandro VIAZ–CRUZ, Defendant–Appellant.

No. 04–30020.

United States Court of Appeals,
Ninth Circuit.

Submitted June 8, 2006.*

Filed June 9, 2006.

Pamela J. Byerly, AUSA, USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Marilyn L. Huff, District Judge for the Southern District of California, sitting by designation.

Stephen R. Hormel, Esq., FPDWA–Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

Before: TALLMAN and BYBEE, Circuit Judges, and HUFF,** District Judge.

ORDER ***

The joint motion for remand is GRANTED. The sentence for Alejandro Viaz–Cruz is VACATED, and his case is REMANDED for resentencing.

**MOTION GRANTED.**

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by the Ninth Circuit Rule 36–3.